UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOTOR-SERVICES HUGO STAMP, INC.,

Plaintiff,

vs.                                                        Case No. 8:03-cv-703-MSS

M/V REGAL EMPRESS, et al.,

Defendants.
_____/

### ORDER OF DISMISSAL

This cause comes on for consideration upon the filing of Intervening Plaintiff, Givans Stanley's, Stipulation to and Notice of Dismissal with Prejudice Due to Settlement (Dkt. 531). Upon review of the Stipulation, it is **ORDERED** that:

The intervening Plaintiff, Givans Stanley's action herein and all claims asserted by him in said action are dismissed with prejudice due to the settlement of same at mediation. This dismissal with prejudice applies only to the Intervening Plaintiff, Givans Stanley. All parties with respect thereto are to bear their own costs and attorney's fees.

**DONE AND ORDERED** in Tampa, Florida on this 31st day of May, 2005.

_____
MARY S. SCRIVEN
United States Magistrate Judge

Copies to:
Counsel of Record