UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOTOR-SERVICES HUGO STAMP, INC.,

Plaintiff,

vs.  Case No. 8:03-cv-703-MSS

M/V REGAL EMPRESS, et al.,

Defendants.
_____/

## ORDER

This cause comes on for consideration upon the filing of Imperial Ocean Services, Ltd.'s ("IOS") Unopposed Motion for a Partial Disbursement of Funds Presently Held by Clerk of the Court (Dkt. 538). No response or objection to the Motion has been filed.

Only two issues remain unresolved in the case at this time: (1) Maritime Telecommunications Network, Inc.'s Motion to Stay Distribution of Proceeds pending appeal (Dkt. 458); and (2) the Crew's claim that their "termination or severance" claim should be granted preferred lien status as detailed in the Memorandum of Authorities in Support of Preferred Maritime Lien Status of the Crew's Termination or Severance Wages (Dkt. 526). The funds in dispute with respect to these two issues are $178,964.00 and $200,796.90, respectively (for a total of $379,760.90). The Court's most recent review of the Court registry balance revealed a balance of $689,331.17. Therefore, $309,570.27 of the total funds in the Court registry are not "at issue." $6,430.99 of this amount constitutes interest earned. The Court will distribute this interest after all funds in the Court registry have been properly distributed. Accordingly, the Court will distribute $303,139.28 of the funds

currently held in the Court registry according to the percentages of recovery as provided in IOS' Motion for a Partial Disbursement of Funds (Dkt. 538). The Motion is **GRANTED** as follows:

The Lienors are entitled to the following distributions at the present time:

| | | |
|---|---|---|
| Maritime Telecommunications Network | (2.61477%) | $ 7,926.39 |
| Motor Services Hugo Stamp, Inc. | (9.03444%) | $ 27,386.94 |
| Tampa Bay Pilots Association | (1.97941%) | $ 6,000.37 |
| Scantech Maritima S/A | (.40048%) | $ 1,214.01 |
| Goltens New York Corp. | (.04469%) | $ 135.47 |
| Uniservice Americas, LLC | (.43681%) | $ 1,324.14 |
| C. Fernie & Co., S.A. | (.91966%) | $ 2,787.85 |
| Callenberg Engineering, Inc. | (.23405%) | $ 709.50 |
| International Shipping Partners | (2.09249%) | $ 6,343.16 |
| Bureau Veritas North America, Inc. | (1.07484%) | $ 3,258.26 |
| John De Pietro | (.72475%) | $ 2,197.00 |
| Norse Diesel Repairs, L.L.C. | (.52622%) | $ 1,595.18 |
| TOEI Engineering USA, Inc. | (1.22483%) | $ 3,712.94 |
| Imperial Ocean Services Ltd. | (37.1616%) | $112,651.40 |
| WSI of the Southeast | (3.08892%) | $ 9,363.73 |
| Manatee County Port Authority | (11.23948%) | $ 34,071.28 |
| Asamar, Inc. & Establissement Asamar | (27.20249%) | $ 82,461.43 |
| | | $303,139.05 |

Accordingly, the CLERK shall distribute the following funds from the Court registry to the following parties in the following amounts:

a. Seven thousand nine hundred twenty-six dollars and thirty-nine cents ($ 7,926.39), payable to "the trust account of Keller & Bolz, LLP, for the benefit of Maritime Telecommunications Network" and shall send same by United States Mail to John Keller, Keller & Bolz, 121 Majorca Avenue, Suite 200, Coral Gables, Florida 33134;

b. Twenty-seven thousand three hundred eighty-six dollars and ninety-four cents ($27,386.94), payable to "the trust account of Tomaselli & Co. and Sockol & Associates, P.A. for the benefit of Motor Services Hugo Stamp, Inc." and shall send same by United States Mail to John J. Tomaselli, Esquire, Tomaselli & Co. 1500 Cordova Road, Suite 202, Fort Lauderdale, Florida 33316-2190;

c. Six thousand dollars and thirty-seven cents ($ 6,000.37), payable to "the trust account of Fowler, White, Boggs, Banker, P.A., for the benefit of Tampa Bay Pilots Association" and shall send same by United States Mail to Allen Von Spiegelfeld, 501 E. Kennedy Blvd., P.O. Box 1438, Tampa, Florida 33601-1438;

d. One thousand two hundred fourteen dollars and one cent ($ 1,214.01), payable to "to the trust account of Kurzban, Kurzban, Winger and Tetzeli, P.A., for the benefit of Scantech Maritima S/A" and shall send same by United States Mail to Seth Joseph, Esquire, Kurzban, Kurzban, Winger and Tetzeli, P.A., 2650 S.W. 27th Avenue Second Floor Miami, Florida 33133;

e. One hundred thirty-five dollars and forty-seven cents ($ 135.47), payable to "to the trust account of Kurzban, Kurzban, Winger and Tetzeli, P.A., for the benefit of Goltens New York Corp." and shall send same by United States Mail to Seth Joseph, Esquire, Kurzban, Kurzban, Winger and Tetzeli, P.A., 2650 S.W. 27th Avenue Second Floor Miami, Florida 33133;

f. One thousand three hundred twenty-four dollars and fourteen cents ($ 1,324.14), payable to "to the trust account of Kurzban, Kurzban, Winger and Tetzeli, P.A., for the benefit of Uniservice Americas, LLC" and shall send same by United States Mail to Seth Joseph, Esquire, Kurzban, Kurzban, Winger and Tetzeli, P.A., 2650 S.W. 27th Avenue Second Floor Miami, Florida 33133;

g. Two thousand seven hundred eighty-seven dollars and eighty-five cents ($ 2,787.85), payable to "to the trust account of Kurzban, Kurzban, Winger and Tetzeli, P.A., for the benefit of C. Fernie & Co., S.A." and shall send same by United States Mail to Seth Joseph, Esquire, Kurzban, Kurzban, Winger and Tetzeli, P.A., 2650 S.W. 27th Avenue Second Floor Miami, Florida 33133;

h. Seven hundred nine dollars and fifty cents ($ 709.50), payable "to the trust account of Kurzban, Kurzban, Winger and Tetzeli, P.A., for the benefit of Callenberg Engineering, Inc." and shall send same by United States Mail to Seth Joseph, Esquire, Kurzban, Kurzban, Winger and Tetzeli, P.A., 2650 S.W. 27th Avenue Second Floor Miami, Florida 33133;

i Six thousand three hundred forty-three dollars and sixteen cents ($ 6,343.16), payable "to the trust account of Hayden and Milliken, P.A., for the benefit of International Shipping Partners" and shall send same by United States Mail to Stephen Irick, Jr., 5915 Ponce De Leon Blvd., Suite 63, Miami, Florida 33146;

j. Three thousand two hundred fifty-eight dollars and twenty-six cents ($ 3,258.26), payable "to the trust account of Hayden and Milliken, P.A., for the benefit of Bureau Veritas North America, Inc." and shall send same by United States Mail to Stephen Irick, Jr., 5915 Ponce De Leon Blvd., Suite 63, Miami, Florida 33146:

k. Two thousand one hundred ninety-seven dollars ($ 2,197.00), payable to "to the trust account of Robert A. Craven, for the benefit of John DePietro" and shall send same by United States Mail to Robert A. Craven, 300 First Avenue South, Suite 404, St. Petersburg, Florida 33701;

l. One thousand five hundred ninety-five dollars and eighteen cents ($1,595.18), payable to "to the trust account of Terrana, Perez & Salgado, for the benefit of Norse Diesel Repairs, LLC" and shall send same by United States Mail to Andrew Eckhoff, Esquire, Terrana, Periz & Salgado, 5301 West Cypress Street, Suite 204, Tampa, Florida 33607;

m. Three thousand seven hundred twelve dollars and ninety-four cents ($ 3,712.94), payable to "to the trust account of Terrana, Perez & Salgado, for the benefit of TOEI Engineering USA, Inc." and shall send same by United States Mail to Andrew Eckhoff, Esquire, Terrana, Periz & Salgado, 5301 West Cypress Street, Suite 204, Tampa, Florida 33607;

n. One hundred twelve thousand six hundred fifty-one dollars and forty cents ($112,651.40), payable to "the trust account of Akerman Senterfitt for the benefit of Imperial Ocean Services, Ltd." and shall send same by United States Mail to Anthony Cuva, Esquire, Akerman Senterfitt, 100 S. Ashley Dr., Suite 1500, P.O. Box 3273, Tampa, Florida 33601-3273;

o. Nine thousand three hundred sixty-three dollars and seventy-three cents ($ 9,363.73), payable to "the trust account of Akerman Senterfitt for the benefit of Winyah Stevedoring Industries of the Southeast, LLC" and shall immediately send same by United States Mail to Pedro Bajo, Akerman Senterfitt, 100 S. Ashley Dr., Suite 1500, P.O. Box 3273 Tampa, Florida 33601-3273;

p. Thirty-four thousand seventy-one dollars and twenty-eight cents ($ 34,071.28), payable to "the trust account of E.N. Fay, Jr. for the benefit of Manatee County Port Authority" and shall immediately send same by United States Mail to E.N. Fay, Jr., Esquire, 6404 Manatee Ave. West, Suite 6, Bradenton, Florida 34209;

q.  eighty-two thousand four hundred sixty-one dollars and forty-three cents ($82,461.43), payable to "the trust account of Kemp & Brannon, for the benefit of Asamar, Inc." and shall send same by United States Mail to Paul M. Brannon, Esquire, Kemp & Brannon, 911 Veterans Blvd., Suite 202, Metairie, Louisiana 70005.

**DONE AND ORDERED** in Tampa, Florida on this 2nd day of June, 2005.

MARY S. SCRIVEN
United States Magistrate Judge

Copies to:

Counsel of Record